FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2021

No. 04-21-00118-CV

Steven L. **BRUINGTON** and Nancy R. Bruington,
Appellants

v.

**LAKE MCQUEENEY WATER CONTROL AND IMPROVEMENT DISTRICT NO. 1**,
Robert L. Worth, Jr., David Doughtie, John Ewald, Lindsey Gillum and Paul A Mueller,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-2549-CVC
Honorable Margaret Garner Mirabal, Judge Presiding

## O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

The Appellant's Motion to Reconsider Request for Oral Argument is hereby DENIED.

It is so **ORDERED** August 10, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT